OPINION — AG — THE CLAIM FOR PAYMENT OF THE COST OF PUBLICATION OF THE "NOTICE OF REPORT OF VIEWERS AND ASSESSMENTS FOR CONSTRUCTION OF IMPROVEMENTS IN DRAINAGE DISTRICT NO. 14, TULSA COUNTY, OKLAHOMA, AND PUBLIC HEARING THEREON," ABOUT WHICH YOU INQUIRE, WAS INVALID AND FURNISHED NO BASIS FOR THE EXPENDITURE OF FUNDS OF SAID COUNTY. CITE: 82 O.S. 1961 301 [82-301], 82 O.S. 1961 305 [82-305], 82 O.S. 1961 308 [82-308] (FINIS STEWART)